**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

GERZON LOPEZ,  on behalf of himself and
all other similarly situated persons, known and
unknown,
Plaintiffs
v.
SYCAMORE PARKWAY RESTAURANT,
individually, Defendant.

Case No.: 3:16-cv-50069
District Judge: Reinhard
Magistrate Judge: Johnston

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed.
R. Civ. P. 41(a)(1), stipulate the following:

1.    The parties have reached a settlement of the above-captioned action.

2.    The parties therefore stipulate that this matter shall be dismissed in its entirety, without

prejudice, with each party incurring its own attorneys' fees and costs.

3.    On February 16, 2017, absent a motion by either party to enforce the settlement agreement,

the dismissal of this matter shall convert automatically to a dismissal with prejudice.


Wednesday, December 28, 2016

Respectfully submitted

/s/ Valentin T. Narvaez
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
(312) 878-1302

/s/ Kyle Kasmarick
The Law Offices of Nicholas C. Syregelas
19 North Green Street
Chicago, IL 60607
(312) 243-0900